# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) | CAUSE NO.: 2:15-CV-467-TLS-JEM |
| v. | ) ) ) | |
| ACCESSABILITIES, INC., *et al.*, Defendants. | ) ) | |

## OPINION AND ORDER

This matter is before the Court *sua sponte*. On October 12, 2016, Defendants filed a Motion to Compel Interrogatory Answers or for Leave to Issue Interrogatories in Excess of 25 [DE 28]. On October 14, 2016, Plaintiff filed an Objection to Defendants' Request for an Expedited Briefing Schedule Regarding Their Motion to Compel (DKT #28) [DE 31].

In their Motion to Compel, Defendants requested that the Court order an expedited briefing schedule. Plaintiff objects to the expedited briefing schedule and represents that the attorneys working on the case will be unable to complete the briefing on time under the proposed schedule.

To allow Plaintiff the time necessary to respond to Defendants' Motion and in the interests of justice, the Court **ORDERS** that the briefing on Defendants' Motion to Compel [DE 28] shall comply with the standard briefing deadlines under Local Rule 7-1.

SO ORDERED this 18th day of October, 2016.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record

1